United States District Court
Southern District of Indiana
Indianapolis Divison

William Harvey Epperly III )
v. ) 1:25-cv-02543-MPB-CSW
Matthew Deckard Capt. )
Adam Bray Lt. )

Motion For E[xtension]

I would like to ask [for an extension of]
the filing fee for 60 d[ays to give]
me time [to] file an amend[ed complaint.]
I should have all the [information]
then and will be add[ing to the]
Defendants list at th[at time.]
Due to the cost of living [raising]
my income February 9[th would]
work for me. Thank [You]

> The Motion is **GRANTED** in that Plaintiff is granted a 60-day extension of time to pay the filing fee and if he desires to do so, file any amended complaint. Both the fee and complaint should be filed no later than April 10, 2026. No further extensions should be anticipated as necessary.
>
> Crystal S. Wildeman
> U.S. Magistrate Judge
> Date: January 23, 2026
>
> Distributed via U.S. mail to:
> WILLIAM HARVEY EPPERLY, III
> 14352
> Howard County Jail
> 1800 W. Markland Ave.
> Kokomo, IN 46901

Appert 14352
1800 W. Markland Ave.
Kokomo In.
46901

Clerk of The U.S. District Court
304 U.S. Courthouse
101 N.W. Martin Luther King Jr. Blvd.
Evansville, In

FILED
JAN 20 2026
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

INDIANAPOLIS IN 460
16 JAN 2026 AM 7 L

HOWARD COUNTY JAIL
INMATE CORRESPONDENCE

47708-199899